THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3094 |
| | ) | 4:04CR3132 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHRISTOPHER DEOLLOS, SR., | ) | |
| | ) | |
| Defendant. | ) | |

Upon the motion (filing 30 in 4:04CR3132) to continue sentencing filed by the United States, and upon the Assistant United States Attorney's representation that defense counsel does not object to such motion,

IT IS ORDERED:

1. The plaintiff's motion to continue sentencing (filing 30 in 4:04CR3132) is granted;

2. The evidentiary hearing and sentencing in the above-captioned cases scheduled for Friday, October 7, 2005, are continued until further order of the court;

3. Counsel for both parties are directed to contact Kris Leininger, judicial assistant for the undersigned United States district judge, on Tuesday, October 11, 2005, to reschedule the defendant's sentencing.

October 6, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge