IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3094 |
| | ) | 4:04CR3132 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER DEOLLOS, SR., | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that Defendant Deollos' sentencing is continued to Monday, November 7, 2005, from 12:30-1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

    October 11, 2005.                 BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge