IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3094 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | OF DISMISSAL |
| CHRISTOPHER E. DEOLLOS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon oral motion of the government during the sentencing hearing held November 7, 2005, in 4:04CR3132,

IT IS ORDERED that this case is dismissed with prejudice.

DATED this 7th day of November, 2005.

BY THE COURT:

s/ Richard G. Kopf
U.S. District Court Judge